# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GREENSTONE FARM CREDIT SERVICES, ACA, et al.

        Plaintiff,

v.                                                           Case No. 10-C-1175

GARY ORT, et al.,

        Defendants.

## ORDER GRANTING FOURTH MOTION TO COMPEL

       This matter came on for a hearing before the Court on November 17, 2011. Based upon the arguments presented by counsel, the Court grants the plaintiffs motion as follows:

       1) Defendant Gary Ort is to provide all documents in his possession or under his control in response to the plaintiff's request that he supplement interrogatory responses and requests for production of documents within the next two weeks. In the event plaintiff claims not to have such documents in his possession or under his control, he is to indicate to the best of his knowledge where such records might be found. In the event the interrogatories or document requests call for privileged information or information that is otherwise not discoverable, plaintiff must file a motion for a protective order setting forth the basis for such an objection along with his response. Finally, plaintiff is awarded the costs and attorney's fees in connection with his motion, which will be assessed later.

       2) With respect to the outstanding costs and fees awarded, defendant is to pay plaintiff the $862.00 previously awarded within 60 days of the date of this Order. The $690.00 ordered in

conjunction with the order granting plaintiff's Third Motion to Compel shall be paid 120 days thereafter and any attorney's fees and costs associated with this motion are due 180 days thereafter.

     **SO ORDERED** this   22nd   day of November, 2011.

                                  s/ William C. Griesbach
                                  William C. Griesbach
                                  United States District Judge