# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GREENSTONE FARM CREDIT SERVICES, ACA, et al.

       Plaintiff,

v.                                                  Case No. 10-C-1175

GARY ORT, et al.,

       Defendants.

## ORDER

Counsel for plaintiff has filed a proposed Order Granting Fees and Costs as to the Fourth Motion to Compel. Defendant Gary Ort shall have 10 days from the date of this Order in which to file any objection to the amount of fees requested.

**SO ORDERED** this 29th day of November, 2011.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge