UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GREENSTONE FARM CREDIT SERVICES, ACA, et al.

        Plaintiff,

v.                                Case No. 10-C-1175

GARY ORT, et al.,

        Defendants.

**ORDER GRANTING MOTION TO QUASH SUBPOENAS**

Plaintiff in the above matter has filed a motion to quash subpoenas issued by the pro se defendant. The subpoenas are for deposition testimony to be taken on July 19th to the 20th and further testimony for a hearing now scheduled to begin July 24, 2012. The subpoenas were served on Tuesday, July 17, 2012 and they did not include the mileage and witness fees required under the Federal Rules of Civil Procedure.

The pro se defendant has not yet responded to the motion, but given the timing, it appears that a ruling is necessary before such a response can be made. Accordingly, the Court will grant the motion to quash the subpoenas conditionally upon the pro se defendant failing to provide just reason for the late notice of the depositions or a challenge to the allegation that he has failed to provide witness and mileage fees.

**SO ORDERED** this __19th__ day of July, 2012.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge